IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-128-BO

| | |
|---|---|
| GEORGE REYNOLD EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>OFFICER JASON GRIESS, *et al.*, )<br>Defendants. ) | **O R D E R** |

This matter is before the Court on plaintiff George Evans's motion for emergency order for release of a DVD that was filed with the Court. [DE 107; 64-2]. The Court has previously provided plaintiff with a copy of the subject DVD. [DE 94; 95]. It appearing that final judgment has been entered in this matter, no appeal is pending, and there are no pending motions currently under the Court's review notwithstanding the instant motion, the clerk is DIRECTED to return the DVD filed at DE 64-2 to plaintiff. *See* Local Civil Rule 79.1. Plaintiff shall notify the Court within fourteen days of the date of entry of this order to which address he requests that the DVD be mailed or whether a person designated by him will retrieve the DVD from the Office of the Clerk. Defendants shall notify the Court within the same time of any objection to returning plaintiff's DVD.

The clerk is DIRECTED to serve a copy of this order on plaintiff at his current address as reflected at DE 107-3.

SO ORDERED, this 26 day of June, 2017.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE